562

to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. F. H. Nash* for petitioner. *Mr. Robert Stone* for respondent.

No. 828. SEGALL *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 829. TANT *v.* COMMISSIONER OF INTERNAL REVENUE. April 7, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Don M. Harlan* for petitioners. *Assistant Attorney General Clark* and *Messrs. N. A. Townsend, Sewall Key, Thomas E. Harris,* and *Maurice J. Mahoney* for respondent. Reported below: 114 F. 2d 706.

No. 830. STEIN, DOING BUSINESS AS STEIN BROKERAGE Co., *v.* ALABAMA. April 7, 1941. Petition for writ of certiorari to the Supreme Court of Alabama denied. *Mr. Marion R. Vickers* for petitioner. *Messrs. Thomas S. Lawson,* Attorney General of Alabama, *John W. Lapsley,* and *J. Edward Thornton,* Assistant Attorneys General, for respondent.

No. 837. LEIBY ET AL. *v.* CITY OF MANCHESTER ET AL. April 7, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Joseph F. Rutherford* and *Hayden Covington* for petitioners. *Mr. J. Vincent Broderick* for respondents.

No. 856. TEXAS ET AL. *v.* MISSION INDEPENDENT SCHOOL DISTRICT. April 7, 1941. Petition for writ of cer-